IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ODESSA BROWN II,

    Plaintiff,                        No. CIV S-05-1269 GEB KJM P

   vs.

M. BOOTH, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. As provided by Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
brow1269.59